**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-2880**

———————

DORIS F. SMITH, Widow of Reeland T. Smith,

Petitioner,

versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PRO-
GRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondent.

———————

On Petition for Review of an Order of the Benefits Review Board.
(92-778-BLA)

———————

Submitted: May 16, 1996          Decided: May 28, 1996

———————

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Doris F. Smith, Petitioner Pro Se. Cathryn Celeste Helm, Christian
P. Barber, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for
Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Benefits Review Board's decision and order and decision and order on reconsideration affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1995). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. Smith v. Director, Office of Workers' Compensation Programs, No. 92-778-BLA (B.R.B. Aug. 25, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2